# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Unity Logistics and Supply Services ) | ASBCA No. 59155 |
| ) | |
| Under Contract No. W5K9UR-12-P-4006 ) | |

APPEARANCE FOR THE APPELLANT:       John M. Manfredonia, Esq.
                                     Manfredonia Law Offices, LLC
                                     Cresskill, NJ

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                     CPT Evan C. Williams, JA
                                     Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 22 June 2015

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59155, Appeal of Unity Logistics and Supply Services, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals